IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | No. 1:08cr12 |
| ) | |
| LINDA WOOLF and ) | |
| DAVID GENGLER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' motion for a mistrial based on alleged violations of the Government's obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and the Jencks Act, 18 U.S.C. § 3500, made on the second day of the trial in this case. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' motion for a mistrial be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 27, 2009