IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:08cr12 |
| | ) | |
| LINDA WOOLF and | ) | |
| DAVID GENGLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Presently pending before the Court are Defendants' motions for judgment of acquittal

pursuant to Fed. R. Crim. P. 29, initially made following the close of government's case and

renewed following the close of all the evidence and also Defendants' Joint Supplemental Motion

for Judgment of Acquittal or, in the Alternative, Motion for a New Trial and Supporting

Memorandum (Doc. No. 314) (collectively referred to as Defendants' "Motion for Judgment of

Acquittal"), together with the government's oppositions thereto, upon consideration of which

and for the reasons stated in the attached Memorandum Order, it is hereby

ORDERED that Defendants' Motion for a Judgment of Acquittal be, and the same hereby

is, GRANTED and the Indictment be, and the same hereby is, DISMISSED; and it is further

ORDERED pursuant to 18. U.S.C. § 3143(c) that the conditions of release previously

imposed upon and currently applicable to Defendants shall continue pending further order of the

Court following the resolution of any appeals taken from this Order.

The Clerk is directed to forward copies of this Order to all counsel of record and Pretrial Services.

_____/s/_____

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 23, 2009